ARTHUR B. COWLES, Respondent, *v.* GEORGE W. BROWNE et al., Appellants.

*Cowles* v. *Browne,* 52 App. Div. 633, affirmed.
(Argued June 18, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*C. D. Kiehel* for appellants.

*Elbridge L. Adams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: GRAY and MARTIN, JJ.

---

MINNIE MORRISON, Appellant, *v.* THE CITY OF SYRACUSE, Respondent.

*Morrison* v. *City of Syracuse,* 53 App. Div. 490, affirmed.
(Argued June 18, 1903; decided June 25, 1903 )

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 30, 1900, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Frederick A. Kuntzsch* for appellant.

*Alexander H. Cowie* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: GRAY and MARTIN, JJ.